# EXHIBIT A

# TEXAS SECRETARY of STATE
# ROBERT S. HOWDEN

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803589830 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | April 9, 2020 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32061578665 | **FEIN:** | |

| | |
|---|---|
| **Name:** | Integrity, LLC |
| **Address:** | 1445 Ross Ave., 40th Fl<br>Dallas, TX 75202 USA |
| **Fictitious Name:** | Integrity of Texas, LLC |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | June 21, 2016 |

REGISTERED AGENT FILING HISTORY NAMES MANAGEMENT ASSUMED NAMES ASSOCIATED ENTITIES INITIAL ADDRESS

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| Integrity of Texas, LLC | July 2, 2024 | July 3, 2034 | | Active | All Counties |

Order Return to Search

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# ROBERT S. HOWDEN

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

**Filing Number:** 803589830
**Original Date of Filing:** April 9, 2020
**Formation Date:** N/A
**Tax ID:** 32061578665

**Entity Type:** Foreign Limited Liability Company (LLC)
**Entity Status:** In existence

**FEIN:**

**Name:** Integrity, LLC
**Address:** 1445 Ross Ave., 40th Fl
Dallas, TX 75202 USA
**Fictitious Name:** Integrity of Texas, LLC
**Jurisdiction:** DE, USA
**Foreign Formation Date:** June 21, 2016

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| Name | Name Status | Name Type | Name Inactive Date | Consent Filing # |
|---|---|---|---|---|
| Integrity Marketing Group, LLC | Prior | Legal | June 27, 2024 | 0 |
| Integrity of Texas, LLC | In use | Fictitious | | 0 |
| Integrity, LLC | In use | Legal | | 0 |

Order | Return to Search

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.