IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JOHNNIE WILKINSON,
Plaintiff,

v.

INTEGRITY MARKETING GROUP, LLC,
doing business as AMERICAN SENIOR BENEFITS;
and JOHN DOES 1–100,

Defendants.

Civil Action No. 4:26-cv-00634-ALM-AGD

[PROPOSED] ORDER DENYING DEFENDANT INTEGRITY MARKETING GROUP, LLC'S MOTION TO DISMISS

Before the Court is Defendant Integrity Marketing Group, LLC's Motion to Dismiss Plaintiff's Complaint (Doc. 7).

Having considered the Motion, Plaintiff's Opposition, the pleadings, and the applicable law, the Court concludes that the Motion should be DENIED.

Accordingly, it is ORDERED that Defendant Integrity Marketing Group, LLC's Motion to Dismiss (Doc. 7) is DENIED.

It is further ORDERED that Defendant shall answer Plaintiff's Complaint within the time permitted by the Federal Rules of Civil Procedure.

SO ORDERED.

SIGNED this _____ day of ________________, 2026.

UNITED STATES DISTRICT JUDGE