# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOHNNIE WILKINSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00634-ALM-AGD |
| | § | |
| INTEGRITY MARKETING GROUP, LLC, et al. | § | |
| | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 5, 2026, the Report of the Magistrate Judge, (Dkt. #14), was entered containing proposed findings of fact and recommendation that Plaintiff's claims against John Does 1-100 be dismissed without prejudice.

Having received the Report of the United States Magistrate Judge (Dkt. #14), and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against John Does 1-100 are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED this 9th day of November, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE